UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| NICOLAS RAMOS-BARRIENTOS, ROYLAND KICKLIGHTER, )))) | |
| Movant, )) | |
| v. ))) | Case No. CV607-043 [Underlying CR605-034] |
| UNITED STATES OF AMERICA, ))) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ___ day of February, 2009

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA